MINERVA SAUERBIER, as Administratrix of the Estate of DEVILLO SAUERBIER, Deceased, Respondent, *v.* ELMER ZEH et al., Appellants.

(Argued October 2, 1931; decided October 20, 1931.)

*W. Earle Costello* for appellants.

*Robert E. Cole* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.